is entitled to the payment of the sum of $849.-69; that upon such sale said sum of $849.69 is an equitable lien upon said 40 acres, and should have priority of payment over all other claims. The form of the order to be settled by and before Mr. Justice WILLIAMS on two days' notice.

McLENNAN, P. J., and HISCOCK, J., vote for affirmance of the decree without modification.

In re TEFFT'S WILL. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) In the matter of the probate of the last will and testament of Melissa J. Tefft, deceased. No opinion. Decree unanimously affirmed, with costs.

THANEY, Appellant, v. A. FRIEDERICHS & SONS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Peter Thaney, as administrator, etc., against A. Friederichs & Sons Company.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., dissents, on the ground that defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury. See 89 N. Y. Supp. 787.

THOMPSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by James S. Thompson against the Erie Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See 89 N. Y. Supp. 92.

McLENNAN, P. J., dissents. HISCOCK, J., not voting.

In re TOMNEY. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) In the matter of assignment of Michael C. Tomney for the benefit of his creditors.

PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

STOVER, J., not voting.

TUDOR v. EBNER. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by William Tudor against William M. Ebner. No opinion. Motion to resettle denied.

TUDOR v. EBNER. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by William Tudor against William M. Ebner. No opinion. Motion for leave to go to Court of Appeals granted.

TURCK, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by John Turck against Rachael Robinson.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

In re TWEEDIE TRADING CO. (Supreme Court, Appellate Division, First Department. June 23, 1905.) In the matter of the Tweedie Trading Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

TYLER v. JAEGER. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Charles R. Tyler against Charles H. Jaeger. No opinion. Motion denied, with $10 costs.

UHLMAN, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Caroline Uhlman against the Empire Life Insurance Company. C. Blandy, for appellant. W. L. Cannon, for respondent. No opinion. Determination affirmed, with costs.

In re UTICA & M. V. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) In the matter of the application of the Utica & Mohawk Valley Railroad Company. No opinion. Order affirmed, with costs.

VAN SCHAICK, Appellant, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Willis Van Schaick against Libbie Cooper and others. No opinion. Judgment unanimously affirmed, with costs.

VAN VEGHTEN v. HUDSON RIVER POWER TRANSMISSION CO. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Jennie H. Van Veghten against the Hudson River Power Transmission Company. No opinion. Motion denied.

VENMAN, Respondent, v. CHIODO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by John Venman against Joe Chiodo. No opinion. Judgment and order affirmed, with costs.

VOLKOMMER, Appellant, v. DIKE, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Joseph Volkommer against Norman S. Dike, as sheriff of the county of Kings. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

In re WALKER. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) In the matter of the application of